UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KENNETH HARTZELL,

    Plaintiff,

vs.

MIAMI COUNTY INCARCERATION
FACILITY, *et al.*,

    Defendants.

Case No. 3:17-cv-63

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

___

## ORDER
___

This *pro se* civil case is before the Court on Plaintiff's complaint filed on February 23, 2017 against the Miami County, Ohio Jail, a number of individual Jail employees, and a food services contractor doing business with the Jail. Doc. 1. Subsequently, *pro se* Plaintiff sent dozens of pages of correspondence to the Court alleging, among other contentions, a lack of medical care and subpar conditions at the Jail. *See* doc. 3. Although the Clerk mailed to *pro se* Plaintiff a form application to proceed without prepayment of fees -- *i.e.,* an application to proceed *in forma pauperis* ("IFP")[1] -- to date, Plaintiff has neither paid the required filing fee nor moved to proceed IFP.

Accordingly, *pro se* Plaintiff is **ORDERED** to **SHOW CAUSE**, in writing and **within 14 days** from the entry of this Order, as to why he should be permitted to proceed IFP. In lieu of showing cause, Plaintiff may pay the required $400.00 filing fee with the Clerk of Court. *Pro se* Plaintiff is **NOTIFIED** that failure to **SHOW CAUSE** or pay the required filing fee as directed above may result in a dismissal of this case for failure to prosecute.

    **IT IS SO ORDERED.**

Date:   April 21, 2017                                    s/ Michael J. Newman
                                                                              Michael J. Newman
                                                                               United States Magistrate Judge

---

[1] A form application to proceed without prepayment of fees and affidavit can be found on the Court's website at http://www.ohsd.uscourts.gov/sites/ohsd/files/ifp_0.pdf.