IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KENNETH S. HARTZELL,

    Plaintiff,

v.

MIAMI COUNTY
INCARCERATION FACILITY,

    Defendant.

Case No. 3:17-cv-63

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14); DISMISSING COMPLAINT (DOC. #1) WITHOUT PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman in his Report and Recommendations, Doc. #14, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although Plaintiff was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Accordingly, the Court DISMISSES Plaintiff's Complaint, Doc. #1, WITHOUT PREJUDICE to refiling.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 29, 2017

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE